United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON FLORENCIO ROBERTS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-cv-54 |
| § | |
| SAM'S WEST, INC. D/B/A SAM'S § | |
| CLUB, *ET AL.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Jason Florencio Roberts' ("Plaintiff") and Defendant Trans Union LLC's ("Defendant") Joint Stipulation of Dismissal with Prejudice. Doc. #16. Plaintiff and Defendant have settled all claims against each other. In accordance with the parties' Joint Stipulation of Dismissal with Prejudice and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that this action be **DISMISSED** with prejudice as to Defendant Trans Union LLC. Each party shall bear its own costs, expenses, and attorneys' fees.

Plaintiff's claims against Defendant Sam's West, Inc. d/b/a Sam's Club remain before the Court.

It is so **ORDERED**.

_5/9/23_
DATE

_[signature]_
The Honorable Alfred H. Bennett
United States District Judge