United States District Court
Southern District of Texas
**ENTERED**
December 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON FLORENCIO ROBERTS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 4:23-cv-54 |
| | § |
| SAM'S WEST, INC. D/B/A SAM'S CLUB, ET AL., | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Plaintiff Jason Florencio Roberts ("Plaintiff") and Defendant Sam's West, Inc. d/b/a Sam's Club ("Defendant") Joint Stipulation of Dismissal with Prejudice. Doc. #22. Plaintiff and Defendant have settled all claims against each other. In accordance with the parties' Joint Stipulation of Dismissal with Prejudice and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action be DISMISSED with prejudice. Each party shall bear its own attorney's fees and costs.

It is so ORDERED.

DEC 1 4 2023
DATE

The Honorable Alfred H. Bennett
United States District Judge